Magistrate Judge Nancy A. Vecchiarelli
United States District Court
Northern District of Ohio
Eastern Division

**CRIMINAL MINUTES OF PROCEEDINGS:**
\_ Initial Appearance    \_\_ Bond / Bond Revocation
\_ Preliminary Hrg    \_\_ Removal Hrg
\_ Pretrial Detention Hrg.    \_ Violation Hrg
_x_ Arraignment    \_\_ Sentencing
\_ Identity Hearing

UNITED STATES OF AMERICA

v.

JAMES BLOMQUIST

Date: June 23, 2005

Court Reporter: Marian Banno

Case No.1:05cr268

Counsel for Government __Sam Yannucci__

Counsel for Defendant __Dennis Terez__

___ CJA or _x_ FPD    Appointed Date:_____    ____ Retained Counsel

_x_ Initial Appearance / Arraignment held; Bond set at_____
___ Supervised Release Violation Hearing
___ Bond continued    ___ Detention continued    ___ Bond canceled
___ Preliminary Hearing set for____ at____.
___ Preliminary Hearing held and concluded    _____ Preliminary Hearing Waived
___ Probable cause established; defendant bound over to the Grand Jury.
___ U.S. failed to establish probable cause; Complaint dismissed, defendant discharged and bond canceled.
___ Government moved for pretrial detention; Detention hearing set for _7/1/05_ at _1:00 p.m._ .
___ Hearing on government's oral motion for pretrial detention held and concluded.
___ Matter taken under advisement    _x_ Defendant ordered held in detention.
___ Identity hearing held and concluded    ___ Identity hearing waived    ___ Detention Hearing waived
___ Removal hearing waived and deft consent to removal    ___ Removal hearing held and concluded
___ Defendant ordered removed by U.S. Marshal; Defendant ordered to appear under conditions of bail to:
     District of _____ and appear before _ on the ___ day of _____, at ____.
___ U.S. failed to establish sufficient grounds for removal    ___ Defendant ordered released _____
_x_ Defendant arraigned, plea of Not Guilty entered to all counts of the Indictment

Other Matters: __waived reading. Defendant stated that he has retained a lawyer, Richard Perez for future proceedings.__

Witnesses for the Government:      Witnesses for the Defense:

COMMENTS:_____

Start Time: 1:25 p.m.    End Time: 2:00 p.m.

/S/ __Jody W. Wilson__
Courtroom Deputy