**MINUTES OF PROCEEDINGS**  Conference X
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

DATE: August 29, 2005

JUDGE: John M. Manos

CASE NUMBER: 1:05CR0264

COURT REPORTER: N/A

| United States | ) | |
| Plaintiff, | ) | |
| vs. | ) | **M I N U T E S** |
| James R. Blomquist | ) | |
| Defendant. | ) | |

**MATTERS CONSIDERED**: Pretrial conference held on August 29, 2005. Plea negotiations to continue.

Parties to notify the Court immediately if change of plea hearing needs to be scheduled.

/s/ Siegmund Fred Fuchs
Law Clerk