IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 1:05CR268-001 |
| Plaintiff, ) | |
| ) | Judge Peter C. Economus |
| -vs- ) | |
| ) | |
| JAMES R. BLOMQUIST, ) | |
| ) | JOURNAL ENTRY |
| Defendant. ) | |

This matter came on to be heard upon the petition of Linda H. Barr, Assistant United States Attorney for the Northern District of Ohio, for a Writ of Habeas Corpus Ad Prosequendum directed to the Warden, Lorain Correctional Institution, Grafton, Ohio, and/or the United States Marshal at Youngstown, Ohio, and/or the Ohio Department of Rehabilitation and Corrections. The Court, being fully advised in the said matter, finds that the said JAMES R. BLOMQUIST, #A501094, is detained in the Lorain Correctional Institution, Grafton, Ohio, under the custody of said Warden.

The Court further finds that the said United States desires to proceed to sentence the defendant on an indictment charging a violation of Title 26, United States Code, Sections 5861(d) and

2

5871; Title 18 United States Code, Sections 2, 922(a)(6) and 922(g)(1); and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), at Youngstown, Ohio, on Wednesday, April 26, 2006, at 10:30 a.m., and to other court proceedings relating to such sentencing as this Court may deem proper.

    THEREFORE, upon consideration thereof, IT IS ORDERED, ADJUDGED and DECREED that the said Writ of Habeas Corpus Ad Prosequendum issue and that the said Writ be delivered to the United States Marshal at Youngstown, Ohio.

    s/Peter C. Economus - 2/16/06
    _____
    PETER C. ECONOMUS,
    UNITED STATES DISTRICT JUDGE